JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY SCHIMMEL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-04973-FLA (ASx)<br><br>**ORDER DISMISSING ACTION [DKT. 44]** |

1

On August 2, 2023, Plaintiff Joey Schimmel ("Plaintiff") and Defendant Mercedes-Benz USA, LLC ("Defendant") filed a Stipulation of Dismissal Without Prejudice (the "Stipulation"), dismissing the action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 44.  Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. Defendant's Motion to Dismiss (Dkt. 18) is DENIED as MOOT.  The Order to Show Cause Regarding Subject Matter Jurisdiction (Dkt. 43) is DISCHARGED.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: August 3, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge

2